IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CMR Properties, Inc., | ) | |
| Debtors | ) | Bky. No. 04-31507 |
| _____ | ) | |
| CMR Properties, Inc., | ) | |
| Movant, | ) | Chapter 11 |
| | ) | |
| NO RESPONDENT | ) | |

## CERTIFICATE OF SERVICE

    I, Charles Laputka, Esquire, do hereby certify that on April 18, 2007 a true and correct copy of:

**SECOND REISSUED POST-CONFIRMATION ORDER AND NOTICE OF DEADLINES AND THE ORDER CONFIRMING PLAN**

was served upon the following parties via U.S. mail, first class, postage prepaid:

**See attached list.**

Dated: 4/18/2007

_____
Charles Laputka, Esquire
Tallman, Hudders & Sorrentino, P.C.
1611 Pond Road
Paragon Centre, Suite 300
Allentown, PA 18104
(610)391-1800 phone
(610)391-1779 fax

Clark Pieretti
190 Rockwood Avenue
Pittsburgh, PA 15234

Cranberry Supply Co., Inc.
8020 Rowan Road
Cranberry Township, PA 16066-3612

Dell Financial Services
James P. Valecko
Weltman, Weinberg & Reis Co., L.P.A.
2718 Koppers Bldg., 436 Seventh Avenue
Pittsburgh, PA 15219

Dominion Peoples
PO Box 26666
Richmond, VA 23261

Ford Motor Credit Company
Drawer 55-953
P.O. Box 55000
Detroit, MI 482555-0953

HP Starr Lumbar Co. LLC
c/o Bernstein Law Firm, PC
Suite 2200 Gulf Tower
Pittsburgh PA 15219

David Critchlow
107 Rudder Street
Ligonier, PA 15658

Dell Financial Services
PO Box 15316
Wilmington DE 19850

Dunquesne Light Company
c/o S. James Wallace
38th Floor Gulf Tower
707 Grant Street
Pittsburgh PA 15219-1911

Ford Motor Credit Company
James P. Valecko
Weltman Weinberg & Reis Co. L.P.A.
2718 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

McClymonds Supply & Transit Co.
PO Box 200073
Pittsburgh PA 15251-0073

National City Bank
James P. Valecko
Weltman Weinberg & Reis, Co. L.P.A.
2719 Koppers Building, 436 7th Avenue
Pittsburgh, PA 15219

Pennsylvania Department of revenue
Bankruptcy Division Dept. 280946
Harrisburg PA 17128-0496

Rebecca Tambellini
4433 Mt. Royal Boulevard
Allison Park PA 15101

Rees Design/Sales
Rees Design/Sales
301 East Main Street
Carnegie PA 15106

MBNA America (Delaware), N.A.
c/o Becket and Lee, LLP
Attorneys/Agent for Creditor
PO Box 3001
Malvern PA 19355-0701

MBNA America Bank Delaware NA
655 Papermill Road
Newark DE 19711

Miller, Limbaugh & Conley
Attorneys at Law
4767 William Flynn Highway
Allison Park PA 15101

National City Bank
6750 Miller Road
Brecksville OH 44141

Pennsylvania Turnpike Commission
PO Box 67676
Harrisburg PA 17107-7676

Shaler Area School District
300 Wetzel Road
Glenshaw PA 15116

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222

#1 Cochran
4520 William Penn Highway
Monroeville, PA 15146

Allegheny County Treasurers Office
County Treasurer
PO Box 643385
Pittsburgh PA 15264-3385

Bernstein Law Firm, PC
Gulf Tower
Suite 2200
Pittsburgh PA 15219

Cardello Electric Supply Co.
701 North Point Drive
Pittsburgh PA 15233

Certegy Payment Recovery Services
550 Greensboro Avenue
Suite 301
Tuscaloosa AL 35401

Citzens Bank
480 Jefferson Blvd.
Warwick RI 02886

Norma Hildenbrand on Behalf of
The United States Trustee
Office of the United States Trustee
Suite 960 Liberty Center
1001 Liberty Avenue
Pittsburgh PA 15222

Adams Johnson & Murphy, Inc.
5237 NW 33rd Avenue
Ft. Lauderdale, FL 33309

Allied Interstate
3000 Corporate Exchange Drive, 5th Floor
Columbus, OH 43231

Bromberg & Miller
1106 Fifth Avenue
Pittsburgh PA 15219

Central Restaurant Products
7750 Georgetown Road
Indianapolis IN 46258-4135

Citibank/The Home Depot
PO Box 9025
Des Moines IA 50368

Citizens Bank
Attn: Angelo Sorvillo
Mail Stop: RDC 100
100A Sockanossett Crossroad
Cranston RI 02920

Shaler Area School District Taxes
300 Wetzel Road
Glenshaw PA 15116

Standard Air & Lite Corp.
2406 Woodmere Drive
Pittsburgh PA 15205

Vincent & Adeline Bencivega
Michael F. Fives Esquire
564 Forbes Avenue-Penthouse
Pittsburg PA 15219

Slovak Savings Bank
2470 California Avenue
Pittsburgh PA 15212

Township of Hampton
3101 McCully Road
Allison Park PA 15101

Vollmer Rulong & Keating, PC
The Grant Guilding
330 Grant Street, Suite 1212
Pittsburgh PA 15219

Steven H. Bowytz, Esquire
220 Grant Street
Pittsburgh PA 15219