IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CMR PROPERTIES, INC., | ) | BKY. No. 04-31507 |
| Debtors | ) | |
| | ) | CHAPTER 11 |
| CMR PROPERTIES, INC., | ) | |
| Movant | ) | |
| v/ | ) | |
| | ( | Filed Electronically) |
| SLOVAK SAVINGS BANK, | ) | |
| | ) | Document Number 196 |
| Respondent/Defendant | ) | |

## ORDER

AND NOW, this _2nd_ day of _May_, 2007, it is hereby ORDERED:

1. That, this Court's Order dated April 23, 2007, titled Order Confirming Sale of Property Free and Divested of Liens, (Document 192) is hereby modified to provide that on the date of closing on the sale of property at 602 Willruth Drive, the settlement agent shall pay to Slovak Savings Bank $559,123.36 if a closing occurs on or before May 10, 2007, plus a per diem of $107.00 ~~$106.665~~ if closing occurs between May 11, 2007 through May ~~17~~ 23, 2007, ~~Should closing occur after May 17, 2007, the amount payable shall be based upon a revised Loan Payoff Statement prepared by Slovak.~~ _the last date provided for by the Court's Order._

Thomas P. Agresti
United States Bankruptcy Court

FILED
MAY 0 2 2007

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA