IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CMR Properties, Inc., <br>     Debtors | ) <br> )    Bky. No. 04-31507 <br> ) |
| CMR Properties, Inc., <br>     Movant, | ) <br> )    Chapter 11 <br> ) |
| NO RESPONDENT | )    Related to Doc. no. 192 & 223 <br> ) |

## ORDER

AND NOW, this 10th day of July, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Charles Laputka, Esquire is directed to pay the remainder of the funds held in escrow ($1,000 pursuant to the settlement statement attached to the Report of Sale for 602 Willruth Drive, Allison Park, Pennsylvania), to the Office of the United States Trustee to cure arrearages due and owing to the quarterly fees of Case No. 04-31507.

BY THE COURT:

_____ J.

FILED
2007 JUL 11 A 8:38
CLERK
U.S. BANKRUPTCY
COURT - PGH